Argued and submitted July 31, reversed and remanded August 26, 1992

# STATE OF OREGON,
*Appellant,*

*v.*

# RICKY JOE GWINNER,
*Respondent.*

(90-1060-C; CA A65556 (Control))

# STATE OF OREGON,
*Appellant,*

*v.*

# DANIEL J. PEARCE,
*Respondent.*

(90-1751-C; CA A65557)

# STATE OF OREGON,
*Appellant,*

*v.*

# LINDA LEE WEST,
*Respondent.*

(90-1569-C; CA A65558)
(Cases Consolidated)

835 P2d 159

Jonathan H. Fussner, Assistant Attorney General, Salem, argued the cause for appellant in each case. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Mary Reese, Deputy Public Defender, Salem, argued the cause for respondent in each case. With her on the brief was Sally L. Avera, Public Defender, Salem.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM

Reversed and remanded. *State v. Acosta*, 112 Or App 191, 827 P2d 1368 (1992).